IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| FREDERICK J. HANNA & ASSOCIATES, P.C, et al., | : : : | CIVIL ACTION NO. 1:14-CV-2211-AT |
| Defendants. | : | |

## **ORDER**

The Clerk is **DIRECTED** to **WITHDRAW** the reference to the Magistrate Judge in this matter.

**IT IS SO ORDERED** this 17th day of July, 2014.

_____
**Amy Totenberg
United States District Judge**