IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br>      v.<br><br>Frederick J. Hanna & Associates, P.C., Frederick J. Hanna, individually, Joseph C. Cooling, individually, and Robert A. Winter, individually,<br><br>      Defendants. | Civil Action No. 1:14-CV-02211-AT |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

      Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Consumer Financial Protection Bureau and Defendants Frederick J. Hanna & Associates, P.C., Frederick J. Hanna, Joseph C. Cooling, and Robert A. Winter jointly move for an entry of a stipulated protective order in this matter. The requested protective order will facilitate discovery and maintain confidentiality of materials containing proprietary information, trade secrets, and/or other confidential or commercially sensitive information.

      The parties hereby agree to and consent to the entry of the proposed Stipulated Protective Order, attached hereto as Exhibit A, and request that the Court enter such order.

Dated: September 2, 2015

Respectfully submitted,

*/s/ Stefanie H. Jackman*
Christopher J. Willis
Georgia Bar No. 766297
Stefanie H. Jackman
Georgia Bar No. 335652
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: 678-420-9300
Facsimile: 678-420-9301
willisc@ballardspahr.com
jackmans@ballardspahr.com

*Counsel for Defendants*

*/s/ Lawrence D. Brown*
Lawrence D. Brown (TX Bar 24040586)
Thomas G. Ward (IL Bar 6291011)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Brown): 202-435-7116
Telephone (Ward): 312-610-8966
Facsimile: 202-435-7722
Email: lawrence.brown@cfpb.gov
Email: thomas.ward@cfpb.gov

JOHN A. HORN
*United States Attorney*

2

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that this pleading was prepared and filed using the font Times New Roman (14pt) and is otherwise formatted in compliance with L.R. 5.1.

Dated:   August 25, 2015

> Respectfully submitted,
>
> */s/ Stefanie H. Jackman*
> Stefanie H. Jackman
> Georgia Bar No. 335652
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

> */s/ Stefanie H. Jackman*
> Stefanie H. Jackman
> GA Bar 335652
>
> *Counsel for Defendants*