IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    Plaintiff,<br><br>    v.<br><br>Frederick J. Hanna & Associates, P.C., Frederick J. Hanna, individually, Joseph C. Cooling, individually, and Robert A. Winter, individually,<br><br>    Defendants. | **Civil Action No. 1:14-CV-02211-AT** |

## PLAINTIFF'S CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on November 6, 2015, I served Plaintiff's First Set of Document Requests to Frederick J. Hanna & Associates, P.C., Plaintiff's First Set of Interrogatories to Frederick J. Hanna & Associates, P.C., and Plaintiff's First Set of Requests for Admissions to Frederick J. Hanna & Associates, P.C. on the following counsel of record via United States Mail and Electronic Mail:

Christopher J. Willis
Stephanie H. Jackman
Daniel Delnero
Ballard Spahr, LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
willisc@ballardspahr.com
jackmans@ballardspahr.com

Michael J. Bowers
Christopher S. Anulewicz
Balch & Bingham, LLP
30 Ivan Allen, Jr. Blvd., N.W., Suite 700
Atlanta, GA 30308
mbowers@balch.com
canulewicz@balch.com

delnerod@ballardspahr.com

**Certification of Compliance with L.R. 5.1B**

I hereby certify that the foregoing has been computer processed with 13-point Book Antigua font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

s/Lawrence D. Brown
Lawrence D. Brown

**Certificate of Service**

I certify that on November 6, 2015, I electronically filed Plaintiff's Certification of Service of Discovery with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record: Christopher J. Willis, Stefanie H. Jackman, Daniel Delnero, Michael J. Bowers, and Christopher S. Anulewicz.

s/Lawrence D. Brown
Lawrence D. Brown
