# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-02211-AT
### Consumer Financial Protection Bureau v. Frederick J. Hanna & Associates, P.C. et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/06/2016.

TIME COURT COMMENCED: 11:33 A.M.
TIME COURT CONCLUDED: 12:01 P.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:28               DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Lena Amanti representing Consumer Financial Protection Bureau
Lawrence Brown representing Consumer Financial Protection Bureau
Daniel Delnero representing Frederick J. Hanna & Associates, P.C.
Daniel Delnero representing Frederick J. Hanna
Daniel Delnero representing Joseph C. Cooling
Daniel Delnero representing Robert A. Winter
Thomas Ward representing Consumer Financial Protection Bureau
Christopher Willis representing Frederick J. Hanna & Associates, P.C.
Christopher Willis representing Frederick J. Hanna
Christopher Willis representing Joseph C. Cooling
Christopher Willis representing Robert A. Winter

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [61]Motion to Approve Consent Judgment GRANTED

MINUTE TEXT: Counsel answered inquiries from the Court regarding the [61] Motion to Approve Consent Judgment. The Court approved the proposed Stipulated Final Judgment and Order. Written order to follow.